Nathan Kassal, appellee, v. Hovland-Sardeson-McColm Company, appellant. Gen. No. 30,513.

Action for breach of contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court

for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

D'Ancona & Pflaum and Hugh O'Neil, for appellant. Kirkland, Patterson & Fleming, for appellee; Charles F. Rathbun, Joseph H. Pleck and William H. Symmes, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.